# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BETTY ZIENKOWSKI, etc., | ) | CASE NO. 1:04CV20005 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | **ORDER** |
| OGLEBAY NORTON CO., et al., | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

The above-captioned case was returned to this Court on February 12, 2009 from the Judicial Panel on Multidistrict Litigation. Due to the age of the case, the recent reassignment, and the complexity of the issues presented by the Complaint, the parties are ordered to file a Joint Status Report, by April 24, 2009. The Report shall identify all the current parties and their citizenship; all counsel (designating lead counsel), their addresses, telephone numbers, fax numbers and e-mail addresses; and all pleadings, motions, and other pertinent documents for the Court's review.

IT IS SO ORDERED.

DATE: 4/17/09

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge